UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
REGENT MUSIC CORPORATION,                :

             Plaintiff,                              :        07 Civ.

  - against -                                               :        RULE 7.1 STATEMENT

SUGAR HILL MUSIC PUBLISHING LTD.,
and JOSEPH ROBINSON, JR.
                                                                      :
            Defendants.
-------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **Regent Music Corporation** (a private, non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**NONE**

Dated:   New York, New York
             October 23, 2007

                                              EISENBERG TANCHUM & LEVY
                                              Attorneys for Plaintiff

                                              _____
                                              Stewart L. Levy (SL 2892)
                                              675 Third Avenue, Suite 2900
                                              New York, NY 10017
                                              (212) 599-0777
                                              SLevy@etllaw.com