ORIGINAL

Nov 30 07 02:36p    Cinque & Cinque    212-759-7737    p.2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

REGENT MUSIC CORPORATION,

    Plaintiff,

-against-

SUGAR HILL MUSIC PUBLISHING, LTD.,
and JOSEPH ROBINSON, JR.,

    Defendants.

----------------------------------------X

07 CIV. 9510 (LLS)

STIPULATION
EXTENDING TIME
TO MOVE OR
ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time of defendants Sugar Hill Music Publishing, Ltd. and Joseph Robinson, Jr. to answer or move with respect to the complaint is continued to and including December 31, 2007.

Dated: November 30, 2007

CINQUE & CINQUE, P. C.

By: _____
James P. Cinque (JPC-3673)
Attorneys for Defendants Sugar Hill
Publishing, Ltd. and Joseph Robinson, Jr.
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Email:   CINQUE845@aol.com

EISENBERG, TANCHUM & LEVY

By: _____
Stewart L. Levy (SL-2892)
Attorneys for Plaintiff
675 Third Avenue, Suite 2900
New York, New York 10017
Telephone: (212) 599-0777
Email:   Slevy@etllaw.com

SO ORDERED:

_____
Louis L. Stanton
U.S.D.J.

12/3/07