REGENT MUSIC CORPORATION

Plaintiff(s)

- against -

Index # 07 CIV 9510 (LLS)

SUGAR HILL MUSIC PUBLISHING LTD., ETANO

Purchased October 24, 2007

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 8, 2007 at 04:19 PM at

15 CHAMIN PLAZA
ENGLEWOOD, NJ

deponent served the within SUMMONS IN A CIVIL CASE AND COMPLAINT; RULE 7.1 STATEMENT; ORDER FOR A CONFERENCE PURSUANT TO RULE 16 (B) on SUGAR HILL MUSIC PUBLISHING LTD., therein named,

CORPORATION a DOMESTIC corporation by delivering thereat a true copy of each to JOSEPH ROBINSON, JR. personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL CASE AND COMPLAINT; RULE 7.1 STATEMENT; ORDER FOR A CONFERENCE PURSUANT TO RULE 16 (B) as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 36 | 6'3 | 245 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 9, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

DAN KNIGHT

Invoice #: 450918

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728