AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

REGENT MUSIC CORPORATION,

-v-

SUGAR HILL MUSIC PUBLISHING, LTD.
and JOSEPH ROBINSON, JR.,

**APPEARANCE**

Case Number: 07 CIV. 9510 (LLS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sugar Hill Music Publishing, Ltd. and Joseph Robinson, Jr.

I certify that I am admitted to practice in this court.

| 12/27/2007 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | James P. Cinque, Esq. | JPC-3673 |
| | Print Name | Bar Number |
| | 845 Third Avenue, Suite 1400 | |
| | Address | |
| New York | NY | 10022 |
| City | State | Zip Code |
| | (212) 759-5515 | (212) 759-7737 |
| | Phone Number | Fax Number |