UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGENT MUSIC CORPORATION,

Plaintiff,

-v-

SUGAR HILL MUSIC PUBLISHING, LTD.
and JOSEPH ROBINSON, JR.

Defendant.

Case No. 07 CIV. 9510 (LLS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Sugar Hill Music Publishing, Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** December 27, 2007

Signature of Attorney

**Attorney Bar Code:** JPC-3673

Form Rule7_1.pdf  SDNY Web 10/2007