**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE 380-1??

EFFECTIVE DATE OF RENEWAL REGISTRATION

MAR 07 1988

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

### ① Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1. Name: JERRY LORDAN
   Address: C/O FRANCIS DAY & HUNTER LTD, 138/140 CHARING CROSS ROAD, LONDON, WC2H 0LD
   Claiming as: THE AUTHOR

2. Name:
   Address:
   Claiming as:

3. Name:
   Address:
   Claiming as:

### ②

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

APACHE.

RENEWABLE MATTER:

MUSIC (PIANO SOLO WITH GUITAR CHORDS).

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:

If a periodical or other serial, give: Vol      No      Issue Date

### ③ Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

JERRY LORDAN.

### ④ Facts of Original Registration

ORIGINAL REGISTRATION NUMBER: EFO 75663

ORIGINAL COPYRIGHT CLAIMANT: FRANCIS DAY & HUNTER LIMITED.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
  DATE OF PUBLICATION: JULY 29 1960

OR

• If the original registration for this work was made in unpublished form, give:
  DATE OF REGISTRATION:

EXHIBIT B

RE  B80-186

FEB 7, 1988

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author, all first published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form GR/CON).

1.
Title of Contribution: ..........
Title of Periodical: ..........  Vol. ....  No. ....  Issue Date ....
Date of Publication: .......... (Month) .......... (Day) .......... (Year)   Registration Number: ..........

2.
Title of Contribution: ..........
Title of Periodical: ..........  Vol. ....  No. ....  Issue Date ....
Date of Publication: .......... (Month) .......... (Day) .......... (Year)   Registration Number: ..........

3.
Title of Contribution: ..........
Title of Periodical: ..........  Vol. ....  No. ....  Issue Date ....
Date of Publication: .......... (Month) .......... (Day) .......... (Year)   Registration Number: ..........

4.
Title of Contribution: ..........
Title of Periodical: ..........  Vol. ....  No. ....  Issue Date ....
Date of Publication: .......... (Month) .......... (Day) .......... (Year)   Registration Number: ..........

5.
Title of Contribution: ..........
Title of Periodical: ..........  Vol. ....  No. ....  Issue Date ....
Date of Publication: .......... (Month) .......... (Day) .......... (Year)   Registration Number: ..........

6.
Title of Contribution: ..........
Title of Periodical: ..........  Vol. ....  No. ....  Issue Date ....
Date of Publication: .......... (Month) .......... (Day) .......... (Year)   Registration Number: ..........

7.
Title of Contribution: ..........
Title of Periodical: ..........  Vol. ....  No. ....  Issue Date ....
Date of Publication: .......... (Month) .......... (Day) .......... (Year)   Registration Number: ..........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..........
Account Number: ..........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: SEE 8.
Address: ..........

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of: JERRY LORDAN

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) 

Typed or printed name: CATHY PAICE.

Date: 19/2/88

MAIL CERTIFICATE TO

ABELES, CLARK & OSTERBERG
224 EAST 50th STREET
NEW YORK, N.Y. 10022

