UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

REGENT MUSIC CORPORATION,                                    07 CIV. 9510 (LLS)

                Plaintiff,

  -against-                                                   NOTICE OF MOTION
                                                                                        TO DISMISS COMPLAINT

SUGAR HILL MUSIC PUBLISHING, LTD.,
and JOSEPH ROBINSON, JR.,

                Defendants.

-----------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed declaration of James P. Cinque, Esq. dated December 27, 2007, the exhibits annexed thereto, and upon all pleadings and proceedings heretofore had herein, defendants will move this Court at 9:30 a.m. or as soon as counsel can be heard on January 21, 2008 before the Honorable Louis L. Stanton at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007 for an Order dismissing the complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, upon the ground that the copyright referred to in the complaint (Registration No. RE 380-196) is not owned by plaintiff.

      PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b)

*After hearing counsel this morning, this motion is granted and the complaint is dismissed, with leave to file an amended complaint showing that the complaining party has standing to bring the claim. So Ordered*

*Louis L. Stanton  1/25/08*

answering papers must be served within ten (10) business days.

DATED: NEW YORK, NEW YORK
         DECEMBER 27, 2007

                                      CINQUE & CINQUE, P. C.

                                      By:_____/s_____
                                        James P. Cinque (JPC-3673)
                                      Attorneys for Defendants Sugar Hill
                                      Publishing, Ltd. and Joseph Robinson, Jr.
                                      845 Third Avenue, Suite 1400
                                      New York, New York 10022
                                      Telephone:  (212) 759-5515
                                      Email:     CINQUE845@aol.com