**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/08

MEMORANDUM ENDORSEMENT

Regent Music Corp. v. Sugar Hill Music Publishing, Ltd. and Joseph Robinson, Jr.

07 Civ 9510 (LLS)

On this motion for reconsideration, the Court adheres to its order dated January 25, 2008. As stated in that order, the plaintiff has leave to file an amended complaint setting forth facts establishing its standing to maintain the action.

So ordered.

Dated: March 20, 2008
       New York, New York

_____
Louis L. Stanton
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
REGENT MUSIC CORPORATION, :

               Plaintiff, :   07 Civ. 9510 (LLS)

             - against - :   **NOTICE OF MOTION**

SUGAR HILL MUSIC PUBLISHING LTD., :
and JOSEPH ROBINSON, JR.,
                                    :

             Defendants.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of this motion dated March 11, 2008, and upon all pleadings and proceedings heretofore had herein, plaintiff Regent Music Corporation will move this Court at 9:30 a.m., or as soon as counsel can be heard, on April 8, 2008 before the Honorable Louis L. Stanton, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Southern District of New York Local Civil Rule 6.3 for an order: (a) granting reconsideration of the Court's January 25, 2008 Memorandum Order (the "Order"); (b) vacating the Order; (c) denying Defendants' motion to dismiss the complaint dated December 27, 2007; and (d) for such other relief as this Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), answering papers must be served within ten (10) business days; and

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), reply papers, if any, must be served within five (5) business days after service of Defendants' answering papers.

Dated: New York, New York
       March 11, 2008

                               EISENBERG TANCHUM & LEVY
                               *Attorneys for Plaintiff Regent Music*
                               *Corporation*

                               By: _____
                                    Stewart L. Levy (SL-2892)
                               675 Third Avenue, Suite 2900
                               New York, New York 10017
                               (212) 599-0777

TO:   CINQUE & CINQUE, P.C.
       *Attorneys for Defendants*
       *Sugar Hill Publishing, Ltd.*
       *and Joseph Robinson, Jr.*
       845 Third Avenue
       Suite 1400
       New York, New York 10022
       (212)759-5515