

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = lordan
Search Results: Displaying 20 of 81 entries



*Apache. m Jerry Lordan.*

        **Type of Work:** Music
**Registration Number / Date:** RE0000380196 / 1988-03-07
        Renewal registration for: EFO000075663 / 1960-07-29
        **Title:** Apache. m Jerry Lordan.
    **Copyright Claimant:** Jerry Lordan (A)
        **Variant title:** Apache
        **Names:** Lordan, Jerry



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

EXHIBIT C