UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
REGENT MUSIC CORPORATION,                :

              Plaintiff,                :

   -against-                :          <u>AFFIDAVIT</u>
                                07 Civ. 9510 (LLS)(AJP)
SUGAR HILL MUSIC PUBLISHING LTD.,:
and JOSEPH ROBINSON, JR.
                       :

              Defendants.
-------------------------------------------------------X

STATE OF NEW YORK     )
                   ) ss.
COUNTY OF NEW YORK  )

STEWART L. LEVY, being duly sworn, deposes and says:

1. I am a member of Eisenberg Tanchum & Levy, the attorneys for plaintiff Regent Music Corporation in this action.

2. I am fully familiar with the facts set forth in this affidavit which I submit in opposition to the defendants' motion to dismiss the amended complaint dated April 11, 2008.

3. Annexed hereto as Exhibit A is a copy of an agreement dated December 11, 1959 between Francis, Day & Hunter Ltd and Jerry Lordan.

4. Annexed hereto as Exhibit B is a true and accurate copy of a copyright registration (Registration No. EFO 75663), for the musical composition entitled "Apache" dated July 29, 1960.

5. Annexed hereto as Exhibit C is a true and accurate copy of a copyright renewal registration (Renewal Registration No. RE 380196) dated March 7, 1988.

6.  Annexed hereto as Exhibit D are true and accurate copies of relevant excerpts of *The Compendium of Copyright Office Practices II* §1319.06 (1984), the internal Copyright Office rules in effect in 1988.

7.  Annexed hereto as Exhibit E are true and accurate copies of the recordation cover sheet and 1959 assignment (Exhibit A) filed with the Copyright Office on March 5, 2008.

8.  Annexed hereto as Exhibit F are true and accurate copies of the recordation cover sheet and accompanying July 22, 1960 sub-publishing agreement between Plaintiff and Francis, Day & Hunter filed with the Copyright Office on March 5, 2008.

9.  Annexed hereto as Exhibit G is a true and accurate copy of a January 25, 2008 memorandum order of this Court granting the defendants' motion to dismiss the initial complaint.

10. Annexed hereto as Exhibit H is a true and accurate copy of a March 20, 2008 memorandum order of this Court denying Plaintiff's motion for reconsideration, but reaffirming the prior grant of leave for Plaintiff to file an amended complaint setting forth facts establishing its standing to maintain the action.

WHEREFORE, I respectfully request that the Court deny the defendants' motion to dismiss the amended complaint.

_____
Stewart L. Levy

Sworn to before me this
21st day of April, 2008

_____
Notary Public

JAMES E. DOHERTY
Notary Public, State of New York
No. 02DO5050294
Qualified in New York County
Commission Expires October 10, 20___

G:\APPL\PUBDOC\01040\SLL 4 18 2008 AFFIDAVIT.doc

**EXHIBIT A**

# This Assignment is made the

No.    A 896

EILEVENTH    day

of    DECEMBER    1959 BETWEEN    JERRY LORDAN

of    40A, Dennington Park Road, London, N.W.6.    23242

(hereinafter called "the Assignor(s)") of the one part and FRANCIS, DAY & HUNTER LTD. of 138/140 Charing Cross Road, in the County of London (hereinafter called "the Publishers") of the other part WITNESSETH that in consideration of the payment by the Publishers to the Assignor(s) of the sum of    1/-    (One Shilling) (the receipt whereof is hereby acknowledged) on account of the Royalties and Fees mentioned in the Schedule hereto the Assignor(s) hereby Assign(s) to the Publishers ALL the Copyright as defined by the Copyright Act 1956, throughout the territory to which that Act may now or may at any time hereafter extend, together with all other rights of a like nature as are now conferred by the laws in force in all other territories throughout the world, including the renewal copyright as conferred by the law of the United States of America, and such other rights as may hereafter be conferred or created by law or international arrangement or convention in any part of the world whether by way of new or additional rights not now comprised in Copyright or by way of extension of the period of then or now existing rights of and in the    Musical Composition    entitled

"APACHE!"

as "the said work(s)") TO HOLD the same unto the Publishers their successors and assigns absolutely AND the Assignor(s) hereby agree(s) on demand to execute and sign any other documents and to do all other acts and things which may hereafter be required of the Assignor(s) for vesting in the Publishers the premises expressed to be hereby assigned AND the Assignor(s) hereby warrant(s) and declare(s) that the said work is a new and original unpublished work and does not infringe the copyright in any other work and that he (they) the Assignor(s) has (have) good right and full power to assign to the Publishers free from all encumbrances the premises expressed to be hereby assigned and every of them in the manner aforesaid. AND IT IS HEREBY CERTIFIED that the transaction hereby effected does not form part of a larger transaction or of a series of transactions in respect of which the amount or value of the aggregate amount or value of the consideration exceeds £3,500. AS WITNESS the hands of the parties hereto the day and year first above written.

## The Schedule above referred to.

### Sheet Music Royalties.
10% ( Ten    per cent.) of the marked retail selling price of all copies of the said work(s) sold (except as hereafter provided) but so that no Royalty shall be payable on the first month's issue of sample copies of the said work(s).
50% ( Fifty    per cent.) of all sums received by the Publishers on the sale of Foreign and Colonial Editions of the said Work(s).
The Publishers shall have the right to include the said work(s) in any Album, Folio or Newspaper and to licence others to make a similar use upon payment of £5 (five pounds) in lieu of Royalties in respect of the inclusion thereof in such Album, Folio or Newspaper.
No Royalties shall be payable on Orchestral, Military and Brass Band Arrangements or professional copies of the said work(s), and the Publishers shall have the right to use the melody with words of the chorus thereof in any separate musical publication, and to reprint the words thereof without the music free from Royalty or other consideration.

### Mechanical Royalties.
50% ( Fifty    per cent.) of all Royalties received by the Publishers for reproductions of the said work(s) in connection with the manufacture of records (other than for use in or in connection with cinematograph films and television films) for sale to the Public.
No Royalties shall be payable to the Assignors in respect of the inclusion of the said work(s) in Medley Arrangements.

### Synchronization Fees.
50% ( Fifty    per cent.) of all royalties and fees received by the Publishers for the right to use the said work(s) in or in connection with any cinematograph film or television film.

### Performing Broadcasting and Rediffusion Fees.
These are collected by the Performing Right Society Ltd. and are paid direct to its Members in accordance with the Rules laid down by that Society, and it is agreed that the Assignor's share shall be 50 per cent. and the Publisher's share 50 per cent.

### Generally.
All Royalties and fees payable by the Publishers to the Assignor(s) by virtue of this Assignment shall be divided between the Assignor(s) in the following manner:—

SIGNED by the Assignor(s) in the presence of:

SIGNED by the duly authorised agent of the    For and on behalf of
Publishers in the presence of:    FRANCIS, DAY & HUNTER LTD.

Director.

**EXHIBIT B**

of account

**FORM E FOREIGN**

| CLASS | REGISTRATION NO. |
|---|---|
| E | Efo 75663 |
| | DO NOT WRITE HERE |

## Application for Registration of a Claim to Copyright

musical composition the author of which is not a citizen or domiciliary of the United states of America and which was not first published in the United States of America

k.

**Instructions:** Make sure that all applicable spaces have been filled before you submit the form. The application must not be submitted until after the date of publication given in line 5 (a), and should state the facts which existed on that date. For further information, see page 4.

Lines 1 and 2 should be typewritten or printed with pen and ink. Lines 3 and 4 should contain exactly the same information as in line 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington 25, D. C., U. S. A.

together with the items specified in either Option A or B:

*Option A:* One copy of the musical composition and a fee of $4. Make remittance payable to the Register of Copyrights. *Option B:* Two copies of the musical composition and a catalog card. *This option is not available for unpublished works or, if the author or proprietor is a U. S. citizen, domiciliary, or resident on the date application is filed. Option B is available only if the copies, a properly completed application, and catalog card are received in the Copyright Office within six months of the date of first publication.*

subject to
the United

a or which
d States of

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies of the work deposited.

**Francis, Day & Hunter, Ltd.,**

**138-140 Charing Cross Road, London, W.C.2., England.**

**2. Title: APACHE (Piano Solo with Guitar Chords)**
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5 (b)), give information about the author of the new matter.

**JERRY LORDAN** ........................................ Citizenship **Great Britain**
(Give legal name followed by pseudonym if latter appears on the copies)                        (Name of country)

In U.S.A. Yes ____ No **X** Address **6 Denmark Place,** ............ Author of **Music**
**London, W.C.2.** (State which: words, music, arrangement, etc.)

........................................ Citizenship _____
(Give legal name followed by pseudonym if latter appears on the copies)                        (Name of country)

In U.S.A. Yes ____ No ____ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

........................................ Citizenship _____
(Give legal name followed by pseudonym if latter appears on the copies)                        (Name of country)

In U.S.A. Yes ____ No ____ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

**4. (Leave all spaces of line 4 blank unless your work has been published.)**

**Date of Publication:** Give the date when copies of this particular version of the musical composition were first placed on sale, sold, or publicly distributed. The date when

copies were made or printed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

**July 29th 1960.**

**Place of Publication:** Give the name of the country in which this particular version of the musical composition was

**Great Britain**

**5. (Leave all spaces of line 5 blank unless the instructions apply to your work.)**

**(a) Previous Registration or Publication:** If a claim in any substantial part of this work was previously

☐ Previous registration

registered in unpublished form, or if a substantial part of the work was previously published, check one or both of the boxes.

☐ Previous publication

**(b) New Matter in This Version:** If you have checked the boxes in line 5 (a), give a brief, general statement of the nature of any substantial new matter in this version.

New matter may consist of musical arrangement, compilation, editorial revision, and the like, as well as additional words and music.

Page 2

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

_____ same as 8.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name _____ same as 8. _____  Address _____

8. Send certificate to:

(Type or print
name and address)

Name    Julian T. Abeles,

Address    745 Fifth Avenue,
                        (Number and street)

   New York,            22,        New York.
   (City)                (Zone)         (State)

9. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

FRANCIS, DAY & HUNTER, LTD.,

By _____
(Signature of copyright claimant or duly authorized agent)

Attorney-in-fact.

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

or B    Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B    Form B—Periodical manufactured in the United States of America.

   Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

   Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K    Form K—Print or pictorial illustration.

   Form KK—Print or label used for an article of merchandise.

Class L    Form L–M—Motion Picture.

or M

   Form R—Renewal copyright.

   Form U—Notice of use of musical composition on mechanical instruments.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| DEC -2 1960 | |
| One copy received | Copy to L. of C. DEC 1 9 1960 |
| Two copies received | |
| DEC - 2 1960 | |
| Catalog card received | |
| DEC - 2 1960 | |
| Fee received | |
| Renewal   RE380-196 | |

*Page 2*

**EXHIBIT C**

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE    380-194 |

EFFECTIVE DATE OF RENEWAL REGISTRATION

MAR 07 1988

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM (See instructions)

1  
Name ... JERRY LORDAN ...  
Address ... C/O FRANCIS DAY & HUNTER LTD, 138/140 CHARING CROSS ROAD, LONDON, WC2H OLD  
Claiming as ... THE AUTHOR ...

2  
Name ...  
Address ...  
Claiming as ...

3  
Name ...  
Address ...  
Claiming as ...

**② Facts of Original Registration** (shown as ② in form)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

APACHE.

RENEWABLE MATTER:

MUSIC (PIANO SOLO WITH GUITAR CHORDS).

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: ...

If a periodical or other serial give: Vol ...   No ...   Issue Date ...

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

JERRY LORDAN.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| EFO 75663 | FRANCIS DAY & HUNTER LIMITED. |

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION ... JULY  29  1960

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION ...

EXHIBIT B

EXAMINED BY:

CHECKED BY:

CORRESPONDENCE
☐ Yes

RE    B80-126

DEPOSIT ACCOUNT
FUNDS USED:
☐

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

FOR GROUP OF WORKS BY SAME AUTHOR: To make a single registration for a group of works by the same individual author published in periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet.

Title of Contribution:
Title of Periodical:                                    Vol.        No.        Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

Title of Contribution:
Title of Periodical:                                    Vol.        No.        Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

Title of Contribution:
Title of Periodical:                                    Vol.        No.        Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

Title of Contribution:
Title of Periodical:                                    Vol.        No.        Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

Title of Contribution:
Title of Periodical:                                    Vol.        No.        Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

Title of Contribution:
Title of Periodical:                                    Vol.        No.        Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

Title of Contribution:
Title of Periodical:                                    Vol.        No.        Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name:        SEE 8.
Address:
                (City)        (State)        (ZIP)

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☐ duly authorized agent of:    JERRY LORDAN
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)

Typed or printed name    CATHY PAICE.

Date:    19/2/88

MAIL
CERTIFICATE
TO

ABELES, CLARK & OSTERBERG
            (Name)
224 EAST 50th STREET
            (Number, Street and Apartment Number)
NEW YORK, N.Y. 10022
            (City)        (State)        (ZIP Code)

U.S. GOVERNMENT PRINTING OFFICE: 1985-461-584/10,016

**EXHIBIT D**

COMPENDIUM II

COMPENDIUM

OF

COPYRIGHT OFFICE PRACTICES

Under the Copyright Law Which
Became Fully Effective on
January 1, 1978, Including
Title 17 of the United States
Code and Amendments Thereto

COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
WASHINGTON, D. C.   20559

1984

Chapter 1300

RENEWAL OF COPYRIGHT

Outline of Topics

1301          Background.

    1301.01        Works copyrighted before January 1, 1978.

1302          Time limits for renewal.

    1302.01        Informal applications.

1303          Computing term for published works.

    1303.01        Antedated notice.
    1303.02        Postdated notice.

1304          Computing term for unpublished works.

1305          Amendment after deadline.

1306          Date of receipt.

    1306.01        Delay in delivery caused by disruption of
                   postal or other services.

1307          Application received before the renewal year.

1308          Application received after the renewal year.

1309          Original registration.

    1309.01        Exception to requirement for original regis-
                   tration.

1310          Contributions to periodicals and composite works.

    1310.01        First publication basis.
    1310.02        Separate claims.
    1310.03        Identification of composite work.
    1310.04        Different claimants.
    1310.05        Group registrations.

- 1 -

[1984]

Chapter 1300
Renewal of Copyright
Outline of Topics                    — 2 —

1311            Works first published abroad in English.

    1311.01        Both editions registered.
    1311.02        Single renewal application.
    1311.03        Separate applications.
    1311.04        Installments.
    1311.05        Foreign edition never registered.
    1311.06        No U.S. edition.

1312            Renewal claimants: authors and their successors.

1313            Renewal claimants: authors.

    1313.01        Author still living.
    1313.02        Author's name not in records of original regis-
                   tration.
    1313.03        Term "author" defined for renewal purposes.

1314            Renewal claimants: widows, widowers, and children.

    1314.01        Single class.
    1314.02        Definition of widow or widower.
    1314.03        Definition of children.

1315            Renewal claimants: executors.

    1315.01        Qualification.
    1315.02        Personal right.
    1315.03        Intestate.

1316            Renewal claimants: next of kin.

    1316.01        Definition.
    1316.02        Will but no executor.

1317            Renewal claimants: proprietors.

    1317.01        Definition.
    1317.02        Derivation of title.
    1317.03        Posthumous works.
    1317.04        Composite works.
    1317.05        Individual contributions.
    1317.06        Corporate body.
    1317.07        Employer in the case of a work made for hire.

[1984]

Chapter 1300
Renewal of Copyright
Outline of Topics                          - 3 -

1318            Joint renewal claimants.

    1318.01         Several claimants, same application.
    1318.02         Later application, same work.
    1318.03         Adverse claims.
    1318.04         Adverse claims: conflicts concerning the author
                    and the author's successors.
    1318.05         Adverse claims: conflicts concerning proprietors,
                    authors, and authors' successors.

1319            Unacceptable renewal claims.

    1319.01         Personal right.
    1319.02         Deceased person.
    1319.03         Claimants not named, only status given.
    1319.04         Claimant fails to qualify.
    1319.05         Successors or representatives of claimants.
    1319.06         Assignment of renewal interests.
    1319.07         Extent of claim.

[1984]

1300-31

1318          Joint renewal claimants.  (cont'd)

   1318.05          Adverse claims: conflicts concerning propri-
               etors, authors, and authors's successors.
               (cont'd)

         3)  (cont'd)

            in whose name registration has already been
            made.  If so, registration will be made if
            the applicant reasserts the claim.  If not,
            a new application should be submitted con-
            fining the claim to the material written
            by employees for hire.

         4)  Where the original claim named an employer
            in a work made for hire as the author, and
            a renewal application names an individual
            author, the Copyright Office will write to
            the renewal applicant requesting informa-
            tion concerning the circumstances under
            which the work was written.  If the appli-
            cant asserts that the work was not made
            for hire, the renewal claim will be
            registered on behalf of the author or the
            author's statutory heirs.

1319          Unacceptable renewal claims.  The following general
             principles and practices govern the acceptability
             of renewal claims.

   1319.01          Personal right.  The right to claim renewal
               copyright is a personal right.

   1319.02          Deceased person.  A renewal claim cannot
               be registered in the name of a deceased
               person.  The Copyright Office does not
               search to determine whether or not the
               renewal claimant is alive.  If, however,
               the Copyright Office has information
               that the claimant died before the
               receipt in the Copyright Office of the
               renewal application, the Office will
               refuse to register the claim as
               submitted.

[1984]

1300-32

1319        Unacceptable renewal claims. (cont'd)

1319.03        Claimant not named, only status given.
The renewal right accrues to an indi-
vidual person or firm, and not to a
status. Claims by "the Executor of
James Fitzgerald" or "the executors of
the author" or by "the next of kin of
the author" without specifically
naming the claimant are not accept-
able.

1319.04        Claimant fails to qualify. The Copyright
Office cannot register a renewal claim
unless the basis of claim is one that is
acceptable under the statute. If none of
the claimants listed in the statute exists
or can be identified, registration must
be refused.

1319.05        Successors or representatives of claimants.
The successors or representatives of a person
who would have been entitled to claim renewal
if still living, are unacceptable renewal
claimants. For example, the executor of the
author's widow is an unacceptable renewal
claimant.

1319.06        Assignment of renewal interests. Registra-
tion must be made in the name of the statutory
claimant, even though the statutory claimant
has assigned all of his or her interests in
the renewal term. For example, registration
cannot be made in the names of an "assignee,"
"proprietor," "attorney in fact," or "owner
per agreement."

1319.07        Extent of claim. A renewal claim in a
published work can cover only the material
which was first published in that particular
version of the work.

1319.07(a)        Later version. The original author of a
published work cannot claim renewal in a
later version of that work unless that
author contributed to the new matter on
which copyright in the later version was

[1984]

**EXHIBIT E**

# Document Cover Sheet

UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
*www.copyright.gov*, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____    Document _____

Volume _____    Document _____

Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights:  *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document    Jerry Lordan
(IMPORTANT: *Please read instruction for this and other spaces.*)

**2** First title given in the document    Apache

**3** Total number of titles in the document    1

**4** Amount of fee calculated    $95

**5** Fee enclosed
☐ Check   ☐ Money order
☑ Fee authorized to be charged to Copyright Office deposit account

Deposit account number   DA 020036

Deposit account name   Regent Music Corp.

**6** Completeness of document    ☑ Document is complete by its own terms    ☐ Document is not complete. Record "as is."

IMPORTANT NOTE:  *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document    Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____    Date 3/5/08

Duly authorized agent of   Francis, Day & Hunter, Ltd.

**8** Return to:

Name   Regent Music Corp.

Number/street   630 Ninth Avenue    Apt/suite   1004

City   New York    State   NY    Zip   10036

Phone number   212-246-3333    Fax number   212-262-6299

Email   caitlin@arcmusic.com

SEND TO: *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

FORM DCS    REV: 09/2007    PRINT: 09/2007—••,000    Printed on recycled paper

U.S. Government Printing Office: 2007-330-945/60,•••

# Document Cover Sheet
## UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
*www.copyright.gov*, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____    Document _____

Volume _____    Document _____

Date of recordation   M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received   _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

---

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1**  First party name given in the document    Jerry Lordan

**2**  First title given in the document    (IMPORTANT: *Please read instruction for this and other spaces.*)
Apache

**3**  Total number of titles in the document    1

**4**  Amount of fee calculated    $95

**5**  Fee enclosed
☐ Check    ☐ Money order
☑ Fee authorized to be charged to Copyright Office deposit account

Deposit account number   DA 020036

Deposit account name   Regent Music Corp.

**6**  Completeness of document
☑ Document is complete by its own terms    ☐ Document is not complete. Record "as is."

IMPORTANT NOTE: *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7**  Certification of Photocopied Document    Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____    Date 3/5/08

Duly authorized agent of  Francis, Day & Hunter, Ltd.

**8**  Return to:
Name   Regent Music Corp.

Number/street   630 Ninth Avenue    Apt/suite  1004

City   New York    State  NY    Zip  10036

Phone number   212-246-3333    Fax number  212-262-6299

Email   caitlin@arcmusic.com

---

SEND TO: *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
INCLUDE ALL THESE TOGETHER: *(1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to Register of Copyrights; and (3) your document.*

FORM DCS   REV: 09/2007   PRINT: 09/2007—··.000   Printed on recycled paper    U.S. Government Printing Office: 2007-330-945/60,···

A 896

**This Assignment** is made the ELEVENTH    No.    day

of    DECEMBER    1959 BETWEEN    JERRY LORDAN

of    40A, Dennington Park Road, London, N.W.6.

23242

(hereinafter called "the Assignor(s)") of the one part and FRANCIS, DAY & HUNTER LTD. of 138/140 Charing Cross Road, in the County of London (hereinafter called "the Publishers") of the other part WITNESSETH that in consideration of the payment by the Publishers to the Assignor(s) of the sum of    1/-   ( One Shilling )    (the receipt whereof is hereby acknowledged) on account of the Royalties and Fees mentioned in the Schedule hereto the Assignor(s) hereby Assign(s) to the Publishers ALL the Copyright as defined by the Copyright Act 1956, throughout the territory to which that Act may now or may at any time hereafter extend, together with all other rights of a like nature as are now conferred by the laws in force in all other territories throughout the world, including the renewal copyright as conferred by the law of the United States of America, and such other rights as may hereafter be conferred or created by law or international arrangement or convention in any part of the world whether by way of new or additional rights not now comprised in Copyright or by way of extension of the period of then or now existing rights of and in the    Musical Composition    entitled

"APACHE!"

us "the said work(s)" TO HOLD the same unto the Publishers their successors and assigns (hereinafter referred to AND the Assignor(s) hereby agree(s) on demand to execute and sign any other documents and to do all other acts and things which may hereafter be required of the Assignor(s) for vesting in the Publishers the premises expressed to be hereby assigned AND the Assignor(s) hereby warrant(s) and declare(s) that the said work is a new and original unpublished work and does not infringe the copyright in any other work and that he (they) the Assignor(s) has (have) good right and full power to assign to the Publishers free from all encumbrances the premises expressed to be hereby assigned and every of them in the manner aforesaid. AND IT IS HEREBY CERTIFIED that the transaction hereby effected does not form part of a larger transaction or of a series of transactions in respect of which the amount or value or the aggregate amount or value of the consideration exceeds £3,500. AS WITNESS the hands of the parties hereto the day and year first above written.

## The Schedule above referred to.

**Sheet Music Royalties.**
10% ( Ten    per cent.) of the marked retail selling price of all copies of the said work(s) sold (except as hereafter provided) but so that no Royalty shall be payable on the first month's issue of sample copies of the said work(s).
50% ( Fifty  per cent.) of all sums received by the Publishers on the sale of Foreign and Colonial Editions of the said Work(s).
The Publishers shall have the right to include the said work(s) in any Album, Folio or Newspaper and to licence others to make a similar use upon payment of £5 (five pounds) in lieu of Royalties in respect of the inclusion thereof in such Album, Folio or Newspaper.
No Royalties shall be payable on Orchestral, Military and Brass Band Arrangements or professional copies of the said work(s), and the Publishers shall have the right to use the melody with words of the chorus thereof in any separate musical publication, and to reprint the words thereof without the music free from Royalty or other consideration.

**Mechanical Royalties.**
50% ( Fifty per cent.) of all Royalties received by the Publishers for reproductions of the said work(s) in connection with the manufacture of records (other than for use in or in connection with cinematograph films and television films) for sale to the Public.
No Royalties shall be payable to the Assignors in respect of the inclusion of the said work(s) in Medley Arrangements.

**Synchronization Fees.**
50% ( Fifty per cent.) of all royalties and fees received by the Publishers for the right to use the said work(s) in or in connection with any cinematograph film or television film.

**Performing Broadcasting and Rediffusion Fees.**
These are collected by the Performing Right Society Ltd. and are paid direct to its Members in accordance with the Rules laid down by that Society, and it is agreed that the Assignor's share shall be 50 per cent. and the Publisher's share 50 per cent.

**Generally.**
All Royalties and fees payable by the Publishers to the Assignor(s) by virtue of this Assignment shall be divided between the Assignor(s) in the following manner:—

SIGNED by the Assignor(s) in the presence of:

SIGNED by the duly authorised agent of the Publishers in the presence of:

For and on behalf of
FRANCIS, DAY & HUNTER LTD.

Director.

**EXHIBIT F**

# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
*www.copyright.gov*, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation   M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document — Francis, Day & Hunter, Ltd.

**2** First title given in the document
(IMPORTANT: *Please read instruction for this and other spaces.*)
Apache

**3** Total number of titles in the document — 1

**4** Amount of fee calculated — $95

**5** Fee enclosed
☐ Check   ☐ Money order
☑ Fee authorized to be charged to Copyright Office deposit account

Deposit account number   DA 020036

Deposit account name   Regent Music Corp.

**6** Completeness of document
☑ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document — Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____   Date 3/5/08

Duly authorized agent of Regent Music Corp.

**8** Return to:

Name   Regent Music Corp.

Number/street   630 Ninth Avenue   Apt/suite 1004

City   New York   State NY   Zip 10036

Phone number   212-246-3333   Fax number 212-262-6299

Email   caitlin@arcmusic.com

---

SEND TO: *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your document.

FORM DCS   REV: 09/2007   PRINT: 09/2007—··,000   Printed on recycled paper          U.S. Government Printing Office:2007-330-945/60.···

# Document Cover Sheet

UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
*www.copyright.gov*, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document — Francis, Day & Hunter, Ltd.
(IMPORTANT: *Please read instruction for this and other spaces.*)

**2** First title given in the document — Apache

**3** Total number of titles in the document — 1

**4** Amount of fee calculated — $95

**5** Fee enclosed
☐ Check  ☐ Money order
☑ Fee authorized to be charged to Copyright Office deposit account

Deposit account number — DA 020036

Deposit account name — Regent Music Corp.

**6** Completeness of document
☑ Document is complete by its own terms  ☐ Document is not complete. Record "as is."

IMPORTANT NOTE: *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document — Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____ Date 3/5/08

Duly authorized agent of Regent Music Corp.

**8** Return to:

Name — Regent Music Corp.

Number/street — 630 Ninth Avenue    Apt/suite 1004

City — New York    State NY    Zip 10036

Phone number — 212-246-3333    Fax number 212-262-6299

Email — caitlin@arcmusic.com

SEND TO: *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
INCLUDE ALL THESE TOGETHER: *(1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to Register of Copyrights; and (3) your document.*

FORM DCS  REV: 09/2007  PRINT: 09/2007—··,000  Printed on recycled paper                  U.S. Government Printing Office: 2007-330-945/60,···

AGREEMENT made this 22nd day of July One thousand nine hundred and sixty, by and between FRANCIS, DAY & HUNTER, LTD., of 138-140 Charing Cross Road, London, W.C.2, England (referred to as FRANCIS DAY) and REGENT MUSIC CORPORATION, of 1619 Broadway, New York 19, N.Y., U.S.A. (referred to as REGENT).

In consideration of the sum of One Dollar ($1.00) and other good and valuable considerations, receipt whereof is hereby acknowledged by each of the parties hereto, and of the premises it is agreed:

FIRST:  Francis Day warrants and represents that it is the sole copyright proprietor and is possessed of all rights and interests among other territories in the United States of America, its territories and possessions, and the Dominion of Canada, (hereinafter referred to as the Licensed Territory) free and clear of all rights, interests, claims and encumbrances in and to the musical composition entitled:

" APACHE "

(Jerry Lordan)

(hereinafter referred to as the Said Composition), except the performing right which has been assigned by Francis Day to the Performing Right Society Ltd., of England, for all countries and has been vested by that Society in CAPAC in Canada.  Francis Day warrants, however, that PRS, pursuant to its current contract with Broadcast Music Inc. (herein-

after called BMI) with which Regent is affiliated, will forthwith on the registration with PRS of this contract transfer to BMI for the U.S.A., its territories and possessions, only, the control of the performing right, including the sole right to collect performing right fees in the U.S.A. its territories and possessions, only, in respect of the Said Composition for the period during which this agreement is effective, or until Regent ceases to be affiliated with BMI whichever is the shorter period.

SECOND:  Francis Day hereby constitutes Regent the sole and exclusive selling agent of the above composition, such sole and exclusive selling agency involving the following rights in Said Composition :

(a)    The sole and exclusive right to print, reprint publish, copy and multiply printed copies and to vend and sell the same in any and all parts of the Licensed Territory.

(b)    Subject to any rights of PRS the sole and exclusive benefit of public performance (including Broadcasting and Television).

(c)    The sole and exclusive right of recording and reproduction of phonograph records, music rolls and transcriptions, and all future developments of such, similar and kindred arts and to licence such rights in and for the Licensed Territory.

(d)    The right to grant non-exclusive licences for the recording and use of Said Composition in any and all countries throughout the world in and in connection with motion pictures originating or produced in the Licensed Territory.

THIRD:  Regent agrees to pay to Francis Day the

-  2  -

following monies as royalties :-

    (a)  10% of the marked retail selling price of each piano copy and each orchestration of Said Composition sold by Regent paid for and not returned in the U.S.A. and Canada.

    (b)  50% of all net monies received by Regent from the licencing in the U.S.A. and Canada of any rights acquired by it under Paragraph "SECOND" subdivision (c) thereof.

    (c)  In respect of all licences issued by Regent under paragraph "SECOND" subdivision (d) thereof Regent shall pay to Francis Day 50% of the net monies received by it for any countries of the Licensed Territory and 100% of all net monies received by it for all countries outside of the Licensed Territory; and

    (d)  $25.00 for the use of Said Composition in each album, book or folio, in lieu of any other payment thereafter.

FOURTH:  With reference to performing  and broadcasting fees, it is agreed as follows:-

    (a)  The division of the performing right fees collected and allocated by BMI in the U.S.A. in respect of the Said Composition shall be made by BMI, which shall pay their respective shares direct to PRS on behalf of Francis Day and the writers of the Said Composition and to Regent, and neither Francis Day nor Regent shall have any liability each to the other in respect of such fees.

    (b)  The division of the performing right fees collected and allocated by CAPAC in Canada in respect of the Said Composition shall be made by CAPAC and it is agreed that Regent shall receive 50% of the publisher's share and that Regent will

- 3 -

arrange for such share to be paid to it through an agent who is a member of CAPAC or any other Society to which CAPAC is affiliated. The remaining 50% of the publisher's share shall be remitted to PRS on behalf of Francis Day, and neither Francis Day nor Regent shall have any liability each to the other in respect of such fees.

FIFTH: Regent will forward to Francis Day three copies of each edition of Said Composition published by Regent. Regent shall have the right to make and publish new arrangements, adaptations and versions of Said Composition and to alter, change, substitute and translate the lyrics and title thereof, all of the same to be copyrighted in the name of Francis Day.

SIXTH: All copies of Said Composition published under the authority of this Agreement shall bear all statements necessary under the laws of the Licensed Territory including due and proper notice of copyright in Francis Day.

SEVENTH: Regent agrees to pay to Francis Day at the execution of this agreement the sum of $750.00 (seven hundred and fifty Dollars) on account and in advance of the aforementioned royalties and no further sums shall be payable by Regent until the whole amount of $750.00 (seven hundred and fifty Dollars) has been recouped by royalty earnings.

EIGHTH: True and correct accounts shall be kept by Regent in respect to Said Composition and a statement of

- 4 -

such account, as of December 31st and June 30th in each year shall be forwarded within sixty days after each of said dates by mail to Francis Day and after the minimum compensation of Regent and all taxes thereof shall have been earned, recouped and deducted by Regent all monies thereafter to become due  and payable by Regent to Francis Day under this agreement shall be paid upon the rendition of such semi-annual statements for each preceding semi-annual period.

NINETH:  Francis Day hereby authorises, empowers and vests in Regent the right to enforce and protect all rights to Said Composition and the copyrights therein in the Licensed Territory, and to join the copyright proprietor thereof as party plaintiff or defendant in all suits and proceedings, and to proceed with and dispose of the same with the same force and effect as if Regent was the copyright proprietor thereof, but all at the expense of Regent.

TENTH:  The right acquired by Regent to Said Composition under this agreement shall be for the terms of all copyrights thereof for the Licensed Territory to the extent that Francis Day may now or at any time hereafter be possessed of such rights.

- 5 -

IN WITNESS WHEREOF, the parties hereto have
executed this agreement the day and year first above written.

Witness:

For and on behalf of
FRANCIS, DAY & HUNTER, LTD.

By .........................

Director.

Witness:

For and on behalf of
REGENT MUSIC CORPORATION.

By .........................

- 6 -

**EXHIBIT G**

[ORIGINAL]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

REGENT MUSIC CORPORATION,                    07 CIV. 9510 (LLS)

                    Plaintiff,

        -against-                            NOTICE OF MOTION
                                             TO DISMISS COMPLAINT

SUGAR HILL MUSIC PUBLISHING, LTD.,
and JOSEPH ROBINSON, JR.,

                    Defendants.

-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08
```

        PLEASE TAKE NOTICE that upon the annexed declaration of James P. Cinque,

Esq. dated December 27, 2007, the exhibits annexed thereto, and upon all pleadings and

proceedings heretofore had herein, defendants will move this Court at 9:30 a.m. or as

soon as counsel can be heard on January 21, 2008 before the Honorable Louis L. Stanton

at the United States Courthouse for the Southern District of New York, 500 Pearl Street,

New York, New York 10007 for an Order dismissing the complaint pursuant to Federal

Rules of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be

granted, upon the ground that the copyright referred to in the complaint (Registration No.

RE 380-196) is not owned by plaintiff.

        PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b)

*After hearing counsel this morning, this motion is granted and the complaint is dismissed, with leave to file an amended complaint showing that the complaining party has standing to bring the claim. So Ordered*

*Louis L. Stanton  1/25/08*

answering papers must be served within ten (10) business days.

DATED: NEW YORK, NEW YORK
           DECEMBER 27, 2007

                             CINQUE & CINQUE, P. C.

                             By:_____/s_____
                                 James P. Cinque (JPC-3673)
                             Attorneys for Defendants Sugar Hill
                             Publishing, Ltd. and Joseph Robinson, Jr.
                             845 Third Avenue, Suite 1400
                             New York, New York 10022
                             Telephone:  (212) 759-5515
                             Email:      CINQUE845@aol.com

**EXHIBIT H**

☐ **ORIGINAL**

DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2c/c8

**MEMORANDUM ENDORSEMENT**

Regent Music Corp. v. Sugar Hill Music Publishing, Ltd. and
Joseph Robinson, Jr.

07 Civ 9510 (LLS)

On this motion for reconsideration, the Court adheres to its order dated January 25, 2008. As stated in that order, the plaintiff has leave to file an amended complaint setting forth facts establishing its standing to maintain the action.

So ordered.

Dated: March 20, 2008
       New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
REGENT MUSIC CORPORATION.                    :

                Plaintiff,                    :    07 Civ. 9510 (LLS)

        - against -                    :    **NOTICE OF MOTION**

SUGAR HILL MUSIC PUBLISHING LTD.,             :
and JOSEPH ROBINSON, JR.,

                :

           Defendants.
-------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in

support of this motion dated March 11, 2008, and upon all pleadings and proceedings

heretofore had herein, plaintiff Regent Music Corporation will move this Court at 9:30

a.m., or as soon as counsel can be heard, on April 8, 2008 before the Honorable Louis L.

Stanton, United States District Judge, at the United States Courthouse for the Southern

District of New York, 500 Pearl Street, New York, New York 10007, pursuant to

Southern District of New York Local Civil Rule 6.3 for an order: (a) granting

reconsideration of the Court's January 25, 2008 Memorandum Order (the "Order"); (b)

vacating the Order; (c) denying Defendants' motion to dismiss the complaint dated

December 27, 2007; and (d) for such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b),

answering papers must be served within ten (10) business days; and

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b),

reply papers, if any, must be served within five (5) business days after service of

Defendants' answering papers.

Dated: New York, New York
       March 11, 2008

                                        EISENBERG TANCHUM & LEVY
                                        *Attorneys for Plaintiff Regent Music*
                                        *Corporation*

                                        By: _____
                                             Stewart L. Levy (SL-2892)
                                             675 Third Avenue, Suite 2900
                                             New York, New York 10017
                                             (212) 599-0777

TO:    CINQUE & CINQUE, P.C.
       *Attorneys for Defendants*
        *Sugar Hill Publishing, Ltd.*
        *and Joseph Robinson, Jr.*
       845 Third Avenue
       Suite 1400
       New York, New York 10022
       (212)759-5515