## MEMORANDUM ENDORSEMENT

<u>Regent Music Corp. v. Sugar Hill Music Publishing, Ltd. and Joseph Robinson, Jr.</u>

07 Civ 9510 (LLS)

In this action for copyright infringement, defendants move to dismiss the amended complaint on the ground that plaintiff Regent Music Corp. is not the record owner of the copyright at issue, and that the 1959 assignment of that copyright was not recorded in the United States Copyright Office in 1988 in accordance with the Copyright Act then in effect.

On March 5, 2008, plaintiff submitted the copyright assignment from the author Jerry Lordan to the publisher Francis, Day, & Hunter, Ltd., as well as the sub-publishing agreement granting enforcement rights to Regent Music Corp., to the United States Copyright Office for recordation. <u>See</u> Am. Cmplt. ¶ 13; Affidavit of Stewart L. Levy, Ex. F.

"[C]ourts have routinely allowed late registrations and recordations to cure jurisdictional defects." <u>Greenwich Film Prods. S.A. v. DRG Records, Inc.</u>, 1992 U.S. Dist. LEXIS 14770, *11 (S.D.N.Y. Sept. 18, 1992) (citing cases). Plaintiff now has standing to bring this action.

Defendants' motion to dismiss is denied.

So ordered.

Dated: April 29, 2008
       New York, New York

_____
Louis L. Stanton
U.S.D.J.