UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

REGENT MUSIC CORPORATION,                    07 CIV. 9510 (LLS)

        Plaintiff,

-against-
                                                     **RULE 7.1. STATEMENT**

SUGAR HILL MUSIC PUBLISHING, LTD.,
and JOSEPH ROBINSON, JR.,

        Defendants.

-----------------------------------------------------------------X

    Pursuant to F.R.C.P. 7.1 defendant Sugar Hill Music Publishing, Ltd. hereby certifies that it does not have any corporate or other parent, subsidiaries or affiliates which are publicly held.

DATED:    NEW YORK, NEW YORK
               MAY 15, 2008

                                      CINQUE & CINQUE, P. C.

                                      By:_____/s/_____
                                        James P. Cinque (JPC-3673)
                                      Attorneys for Defendants Sugar Hill Music
                                      Publishing, Ltd. and Joseph Robinson, Jr.
                                      845 Third Avenue, Suite 1400
                                      New York, New York 10022
                                      Telephone No.: (212) 759-5515
                                      Telefax No.:   (212) 759-7737
                                      E-mail:       CINQUE845@aol.com