UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

REGENT MUSIC CORPORATION,                          07 CIV. 9510 (LLS)

               Plaintiff,
  -against-                                        ANSWER TO AMENDED
                                                                                        COMPLAINT
SUGAR HILL MUSIC PUBLISHING, LTD.,
and JOSEPH ROBINSON, JR.,

               Defendants.

------------------------------------------------------------X

      Defendants Sugar Hill Music Publishing, Ltd. and Joseph Robinson, Jr., by their attorneys Cinque & Cinque, P. C., as and for their answer to the amended complaint:

      1. Deny that they have knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 7, 8, 9, 10, 13, 14, 16 and 17.

      2. Deny the allegations contained in paragraph 3, except admit that Robinson is a citizen and resident of New Jersey.

      3. Deny the allegation in paragraph 4 that Regent is empowered to commence legal proceedings to protect the Composition from infringement, and deny that they have knowledge or information sufficient to form a belief as to the remainder of the allegations in paragraph 4.

      4. Deny the allegations contained in paragraph 5, except admit that plaintiff purports to bring this action under the Copyright Act.

      5. Deny the allegations contained in paragraphs, 6, 7 and 18.

6. Deny the allegations contained in paragraphs 11 and 12 since they contain legal conclusions which are improperly pleaded.

7. Deny the allegations contained in paragraph 15, except admit upon information and belief that a dispute arose involving the Composition in 1982.

## AS TO THE FIRST CLAIM

8. With respect to paragraph 19, repeat and reallege their responses to paragraphs 1 through 18.

9. Deny the allegations contained in paragraphs 20 and 21.

## AS TO THE SECOND CLAIM

10. With respect to paragraph 22, repeat and reallege their responses to paragraphs 1 through 18.

11. Deny the allegations contained in paragraphs 23 and 24.

## AS TO THE THIRD CLAIM

12. With respect to paragraph 25, repeat and reallege their responses to paragraphs 1 through 18.

13. Deny the allegations contained in paragraph 26

## FIRST AFFIRMATIVE DEFENSE TO ALL CLAIMS

14. The amended complaint fails to state a claim against Robinson.

## SECOND AFFIRMATIVE DEFENSE TO ALL CLAIMS

15. Neither defendant licensed the Composition to the group known as The Roots for use in the song entitled "Thought @ Work."

## FIRST AFFIRMATIVE DEFENSE AS TO THE FIRST CLAIM

16. The first claim fails to state a claim upon which relief can be granted, as it is preempted by the Copyright Act.

WHEREFORE, defendants demand judgment dismissing the amended complaint in its entirety and awarding defendants their attorneys' fees and costs.

DATED: NEW YORK, NEW YORK
        MAY 15, 2008

                              CINQUE & CINQUE, P. C.

                              By:_____/s/_____
                                  James P. Cinque (JPC-3673)
                              Attorneys for Defendants Sugar Hill
                              Publishing, Ltd. and Joseph Robinson, Jr.
                              845 Third Avenue, Suite 1400
                              New York, New York 10022
                              Telephone: (212) 759-5515
                              Email:     CINQUE845@aol.com